JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER,<br><br>                              Plaintiff,<br><br>vs.<br><br>ALBERT P. VERA, Trustee of the Ursula Vera 2010 Revocable Family Trust, Established July 29, 2010; and Does 1-10,<br><br>                              Defendant. | **Case No.: 2:19-cv-02368-R-JPR**<br><br>*Hon. Manuel Real*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  August 16, 2018<br>Trial Date:      TBD |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff James Shayler's ("Plaintiff") entire action is dismissed with prejudice, including all claims stated against Defendant Albert P. Vera, Trustee of the Ursula Vera 2010 Revocable Family Trust, Established July 29, 2010 ("Defendant").

Dated: July 18, 2019

Hon. R. Gary Klausner
Judge, United States Court
Central District of California

ORDER FOR DISMISSAL WITH PREJUDICE